McNEIL LUMBER COMPANY, INCORPORATED, Respondent, *v.* JAMES W. CHASE et al., Appellants. (Actions 1 & 2.)

*McNeil Lumber Co.* v. *Chase,* 174 App. Div. 903, 927, appeal dismissed.
(Submitted November 20, 1916; decided November 28, 1916.)

MOTION to dismiss appeals from two judgments of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1916, affirming judgments in favor of plaintiff entered upon decisions of the court on trial at Special Term in actions to foreclose two mortgages.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the facts were sufficient to sustain the judgments; that the

exceptions were frivolous and presented no question for review.

*1homas C. Burke* for motion.

*Clark H. Timerman* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion.